IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIW, INC.<br>　　Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, THE NORTHERN INSURANCE COMPANY OF NEW YORK, and SPRING INSURANCE AGENCY, INC.<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§　　CIVIL ACTION NO. H-05-3240 |

## REMAND ORDER

In accordance with the Memorandum and Order issued this day, it is hereby

**ORDERED** that Plaintiff's Motion to Remand [Doc. # 7] is **GRANTED** and this case is **REMANDED** to the 55th Judicial District Court for Harris County, Texas.

SIGNED at Houston, Texas, this **14th** day of **December 2005**.

_____
Nancy F. Atlas
United States District Judge